## COCHRAN *et al. v.* THE STATE,

LUMPKIN, P. J.   1. The evidence was amply sufficient, both as to venue and as to the guilt of the accused.

2. It does not, after a careful examination of all the evidence, pro and con, relating to the ground of the motion for a new trial based on newly discovered evidence, appear that the court erred in adjudging that this ground was without merit.

*Judgment affirmed.    All the Justices concurring.*

Argued March 20,—Decided April 17, 1899.

Indictment for assault with intent to murder.    Before Judge Hart.    Morgan superior court.    September term, 1898.

*George & George*, for plaintiff in error.
*H. G. Lewis*, solicitor-general, by *Foster & Butler*, contra.

---

## CONEY *v.* THE STATE.

COBB, J.   When on the trial of an indictment for rape the State depended for a conviction solely upon the evidence of the alleged victim of the crime, and there was evidence strongly tending to impeach her and no evidence whatever of any facts or circumstances in any manner tending to corroborate her, it was erroneous to charge upon the subject of corroboration.    Such an error in such a case requires the granting of a new trial.                    *Judgment reversed.    All the Justices concurring.*

Submitted March 20,—Decided April 17, 1899.

Indictment for assault with intent to rape.    Before Judge Smith.    Dodge superior court.    September term, 1898.

*Roberts & Milner*, for plaintiff in error.
*J. F. DeLacy*, solicitor-general, contra.